**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 113 EAL 2023

           Respondent                  :

                                     :   Petition for Allowance of Appeal
                                     :   from the Order of the Superior Court

           v.                          :

                                     :

DAVID A. CALHOUN,                      :

                                     :

           Petitioner                   :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 19th day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.